CADMAN MEMORIAL CONGREGATIONAL SOCIETY OF BROOKLYN et al., Suing on Behalf of Themselves and Other Congregational Christian Churches Similarly Situated, Appellants, *v.* HELEN KENYON, as Moderator of The General Council of the Congregational Churches of the United States, Respondent.

Submitted March 1, 1954; decided March 2, 1954.

Motion by appellants for an order staying the enforcement of the remittitur of this court, dated December 3, 1953, pending the making and determination of a motion for reargument of the appeal, granted until March 8, 1954, on condition, however, that the motion for reargument of the appeal be made returnable March 8, 1954.   [See 306 N. Y. 151, 751.]